IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Francisco Ruiz Acosta,<br><br>    Petitioner,<br>  v.<br><br>United States of America,<br><br>    Respondent. | NO. C 12-02261 EJD<br>NO. CR 09-0454-2 EJD<br><br>**JUDGMENT** |

Pursuant to the Court's September 18, 2012 Order Dismissing Petitioner's Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 With Prejudice; Denying Motion for Time Reduction; Denying Certificate of Appealability, judgment is entered in favor of Respondent United States of America and against Petitioner Jose Francisco Ruiz Acosta.

The Clerk shall close the companion case C 12-2261 EJD pursuant to this Judgment.

Dated: 9/20/2012

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jose Francisco Ruiz Acosta
Reg13101-111-C09-02L
Reeves County Detention Center
PO Box 2038
Pecos, TX 79772

**Dated: September 20, 2012**  **Richard W. Wieking, Clerk**

**By:** *Elizabeth C Garcia*
**Elizabeth Garcia**
**Courtroom Deputy**